**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Tony Underwood** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-2089** |
| | § | |
| **Harris County, a.k.a. Harris** | § | |
| **Health System, a.k.a Ben Taub** | § | |
| **Hospital, and City of Houston,** | § | |
| **a.k.a. Houston Police** | § | |
| **Department** | § | |
| | § | |
| **Respondent.** | | |

## <u>MOTION TO VOLUNTARILY NONSUIT HARRIS HEALTH SYSTEM AND BEN TAUB HOSPITAL</u>

Petitioner, Tony Underwood, respectfully asks this Court to *GRANT* his *Motion to Voluntarily Nonsuit Harris Health System and Ben Taub Hospital* as Respondents in this habeas matter.

## I.    <u>INTRODUCTION</u>

Petitioner Tony Underwood ("Petitioner" or "Mr. Underwood") is a 37-year-old lifelong Houston resident and a United States citizen who is currently being held in a secured unit at Ben Taub Hospital.  On April 30, 2025, Mr. Underwood was shot in the back by an officer of the Houston Police Department. He was transported to Ben Taub Hospital, where he received emergency, life-saving medical treatment. His condition remains critical and life-threatening.

Following the incident, Mr. Underwood was subjected to a form of custodial

detention that has resulted in his isolation from legal counsel, family support, and spiritual guidance, thereby causing irreparable harm while he remains in this precarious medical state. Despite his continued confinement, Mr. Underwood remains deprived of his constitutional rights to familial association—particularly with his mother—religious and pastoral access, and legal counsel, as he is currently being denied access to two of his three attorneys.

Since the initial filing of this habeas petition, criminal charges have been filed against Mr. Underwood. Although his case information only recently became viewable on the Harris County District Clerk's website, it had remained inaccessible for approximately 15 days following the incident.

Counsel has since learned that neither Harris Health nor Ben Taub Hospital is responsible for denying access to Mr. Underwood. Rather, the restrictions are being enforced at the direction of the City of Houston, the Houston Police Department, and Harris County, who appear to be instructing hospital personnel on limiting access.

## II.  MOTION TO VOLUNTARILY NONSUIT/DISMISSAL

1.  Under *Fed. R. Civ. P.  41(a)(1)(A)(i)*, Petitioner may voluntarily dismiss an action without a court order by filing a notice of nonsuit/dismissal before the opposing party serves either an answer or a motion for summary judgment.

2.  As no such responsive pleadings have been filed by the above-mentioned Respondents (Harris Health Systems and Ben Taub Hospital) in this case, Petitioner respectfully request that the Court dismiss as to Harris Health Systems and Ben Taub Hospital without prejudice.

### III.    EFFECT OF NONSUIT/DISMISSAL

3. Unless otherwise stated, a voluntary nonsuit/dismissal under *Fed. R. Civ. P. 41(a)*
   *(1)(A)(i)* of the Federal is without prejudice.

4. Petitioner confirms that this is their first dismissal of claims against the Defendants
   (*ONLY Respondents* Harris Health Systems and Ben Taub Hospital) in this matter,
   and no prior federal or state court actions based on the same claims have been
   dismissed.

### IV.  CONCLUSION

**WHEREFORE**, Petitioner respectfully requests that the Court *GRANT* this

*Motion to Voluntarily Nonsuit*, dismissing all claims against Defendants Harris Health

Systems and Ben Taub Hospital without prejudice.

05/29/2025                           Respectfully submitted,

*/s/Courtney A. Vincent*
**Courtney A. Vincent**
Minnesota Bar No. 0403083
Admitted:
**U.S. District Court, Southern District of Texas**
SDTX Bar No. 3746531
info@vincentlawpllc.com
VINCENT LAW, PLLC
1035 Dairy Ashford, Suite 145
Houston, Texas  77079
**Mailing Address:**
P.O. Box 940129
Houston, Texas  77094
Tel: (713) 223-9300
Fax: (832)603-4444
**COUNSEL FOR PETITIONER**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on May 29th, 2025, a true and correct copy of the

foregoing document was delivered to the following consistent with the *Federal Rules of*

*Civil Procedure*, via the following methods:


Via Electronic Mail:

**Michale Fritz**
*Assist County Attorney*
**Office of the Harris County Attorney**
Counsel for Harris Health
4800 Fournace Place | Bellaire, TX 77401
**Office:** 346-426-0326
**Email:** michael.fritz@harrishealth.org

**Suzanne Bradley**
*Senior Assistant County Attorney*
**Office of the Harris County Attorney**
1019 Congress, 15th Floor
Houston, Texas 77002
**Office:** 713-274-5330
**Email:** Suzanne.bradley@harriscountytx.gov


**Christy Martin**
Section Chief Torts/Civil Rights
**City of Houston Legal Department**
P.O. Box 368
Houston, Texas 77002-0368
**Office:** (832) 393-6270
**Email:** christy.martin@houstontx.gov