United States District Court
Southern District of Texas
**ENTERED**
May 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TONY UNDERWOOD, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-02089 |
| § | |
| CITY OF HOUSTON, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

Petitioner Tony Underwood has filed a Motion to Voluntarily Nonsuit Harris Health System and Ben Taub Hospital. ECF No. 14. In accordance with that Motion and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner's claims against Respondent Ben Taub General Hospital are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against Respondents City of Houston and Harris County remain pending.

**IT IS SO ORDERED.**

Signed at Houston, Texas on May 30, 2025.

Keith P. Ellison
United States District Judge

1/1