# AFFIDAVIT

**STATE OF TEXAS**                                §
                                                 §
**COUNTY OF HARRIS**                            §

**PATRICIA ANN UNDERWOOD** personally appeared before me and stated under oath:

"My name is **PATRICIA ANN UNDERWOOD** I am over the age 18. I am competent to testify and therefore make this Affidavit. This Affidavit is based on my personal knowledge and the facts are true and correct.

"On ~~May~~ *April* 30th, 2025 my son Tony Underwood was shot by a Houston Police Officer less than a block from my home. Since he was shot, and everything I went to Court May 19th at the 248th and got the judge's paperwork and I got orders. But when I got to the hospital I got shot-down. They would not let me see my child. It has been one whole month since he was shot and I have not seen him.

On May 20th a chaplain from the sheriff's department helped me with a video call. I remember her last name was Young. She told me she would help to schedule more videos calls, like once a week. She said she was going to talk to her supervisor but never got back in contact with me. I could not even recognize my child because his face was so swollen and it looked like he had a feeding tube and a trach. On that call, I could read his lips because he could not talk. I read that he was saying "help me". They called me last Sunday because they had to go back to take fluids from his lungs again. But they did not call when they did code blue this week.

They never told me that my son was code blue this past week and the hospital did not contact me. I have not seen my son physically nor been able to touch him for at least 30 days now. Since he was shot. I want to know why they keep denying me and why I can't see him. I think they are hiding something from me.

Sign and Date: _Patricia Underwood 5/31/2025_

(Print Name Here: _Patricia Underwood 5/31/25_

**STATE OF TEXAS** §

§

**COUNTY OF HARRIS** §

**SUBSCRIBED AND SWORN TO** before me on _May 31, 2025_.

_Carrie Paulding_
Notary Public

CARRIE A PAULDING
NOTARY PUBLIC
STATE OF TEXAS
ID # 129237081
EXPIRES 08-28-2026