Case 4:25-cv-02089 Document 18-2 Filed 06/01/25 in TXSD Page 1 of 1
Office of Harris County District Clerk - Marilyn Burgess (Case Details 202533807)



# 202533807 - UNDERWOOD, TONY vs. HARRIS COUNTY (Court 164)

**Print All** 🖶 *(non-financial)*

**Chronological History**

### Summary

### Appeals

### Cost Statements

### Transfers

### Post Trial Writs

### Abstracts

### Parties

### Court Costs

### Judgments/Events

### Settings

⟳ Click column headings to sort. Click again to toggle direction.

**Print Settings** 🖶

| Date | Court | Post Jdgm | Docket Type | Reason/ Appearance Court | Results/ Setting Type | Comments | Requesting Party |
|------|-------|-----------|-------------|--------------------------|----------------------|----------|------------------|
| 5/15/2025 01:30 PM | 129 | | Ancillary Docket In Person | TEMPORARY RESTRAINING ORDER (MOTION FOR) | Passed | IN OPEN COURT 5/15 | LEWIS, U A |

### Services/Notices

### Court Registry

### Child Support

### Images