## COURT DIRECTIVE C87 / BOND SET/MODIFICATION

### CAUSE NO. 191455201010

THE STATE OF TEXAS   IN THE 248th DISTRICT COURT
     VS.
UNDERWOOD, TONY     OF HARRIS COUNTY, TEXAS

OFFENSE: AGG ASSAULT AGAINST PUBLIC SERVANT

TO THE SHERIFF OF HARRIS COUNTY, TEXAS:   GREETINGS

  BY ORDER OF THE COURT ON May 19, 2025, A.D.  THE FOLLOWING ACTION IS DIRECTED IN THE ABOVE STYLED AND NUMBERED CAUSE:

  BOND  LOWERED  TO $150,000  BAIL DENIED: ☐

  Please select  THE COURT HAS ORDERED THE FOLLOWING BAIL OPTIONS:

  CONDITIONS OF BOND: Please select

NOTES TO SHERIFF:

WITNESS MY HAND AND SEAL OF OFFICE AT HOUSTON, TEXAS, THIS  May 19, 2025 9:42 AM

     Marilyn Burgess, DISTRICT CLERK

     HARRIS COUNTY, TEXAS

     BY _V GARCIA_

     V GARCIA

SNU: 997

BOND SET

Unofficial Copy Office of Marilyn Burgess District Clerk

Filed 25 May 19 P1:00
Marilyn Burgess - District Clerk
Harris County

CAUSE NO. <u>191455401010</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE **248th** DISTRICT COURT |
| v. | § | |
| <u>UNDERWOOD, TONY</u> | § | HARRIS COUNTY, TEXAS |

---

## BAIL ORDER

---

**On this date the Court, after individualized consideration of all circumstances and of the factors required by Texas Code of Criminal Procedure Article 17.15, ORDERS the defendant be:**

☐ Granted a Personal Bond *without* conditions;

☐ Granted a Personal Bond with conditions;

☐ Granted a Surety or Cash Bond *without* conditions;

☒ Granted a Surety or Cash Bond with conditions; or

☐ Denied Bail in accordance with the Texas Constitution and other law.

**Having informed the defendant in clear and unambiguous language and providing the defendant with information required by law, the Court imposed the least restrictive conditions, if any, set the bond necessary to reasonably ensure the defendant's appearance in court as required and the safety of the community, law enforcement, and the victim of the alleged offense as follows:**

**Bail is set at:**    ☐ No Bail

☒ <u>100,000</u>

      ☒ Conditions

**Personal bond is:**    ☒ Not Approved

☐ Approved

      ☐ Conditions

<mark>Pursuant to Texas Code of Criminal Procedure art 17.022 and Texas Government Code § 72.038, I hereby certify that in setting this bail that I considered each factor of Texas Code of Criminal Procedure art. 17.15(a), and I certify that I considered the information in the Public Safety Report System. I hereby authorize the Harris County District Clerk to enter the required certification in the Public Safety Report System on my behalf.</mark>

**PSR filed under 191452**

**Dated:** <u>May 19, 2025</u>

_____
**Judge Presiding**

Unofficial Copy Office of Marilyn Burgess District Clerk

Filed 25 May 06 P1:52
Marilyn Burgess - District Clerk
Harris County

CAUSE NO. <u>191455501010</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE **248th** DISTRICT COURT |
| v. | § | |
| <u>UNDERWOOD, TONY</u> | § | HARRIS COUNTY, TEXAS |

---

### BAIL ORDER

---

**On this date the Court, after individualized consideration of all circumstances and of the factors required by Texas Code of Criminal Procedure Article 17.15, ORDERS the defendant be:**

☐ Granted a Personal Bond *without* conditions;

☐ Granted a Personal Bond with conditions;

☐ Granted a Surety or Cash Bond *without* conditions;

☒ Granted a Surety or Cash Bond with conditions; or

☐ Denied Bail in accordance with the Texas Constitution and other law.

**Having informed the defendant in clear and unambiguous language and providing the defendant with information required by law, the Court imposed the least restrictive conditions, if any, set the bond necessary to reasonably ensure the defendant's appearance in court as required and the safety of the community, law enforcement, and the victim of the alleged offense as follows:**

**Bail is set at:**     ☐ No Bail

☒ <u>25,000</u>
　　　☒ Conditions

**Personal bond is:**     ☒ Not Approved
☐ Approved
　　　☐ Conditions

Pursuant to Texas Code of Criminal Procedure art 17.022 and Texas Government Code § 72.038, I hereby certify that in setting this bail that I considered each factor of Texas Code of Criminal Procedure art. 17.15(a), and I certify that I considered the information in the Public Safety Report System. I hereby authorize the Harris County District Clerk to enter the required certification in the Public Safety Report System on my behalf.

**PSR provided/filed by Pretrial**

**Dated:** <u>May 6, 2025</u>

_____
**Judge Presiding**

Unofficial Copy Office of Marilyn Burgess District Clerk