| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Tony Underwood
   *Petitioner,*

v.   Case No. 4:25−cv−02089

City of Houston
   *Respondent.*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Amended Complaint/Counterclaim/Crossclaim etc. – #18
Motion to Dismiss for Failure to State a Claim – #19

DATE:   **6/4/2025**

TIME:   **01:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                             Date: June 3, 2025

By Deputy Clerk, A. Rivera