IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Tony Underwood** § | |
| and § | |
| **Patricia Underwood** § | |
| § | |
| Petitioners, § | CIVIL ACTION NO. 4:25-cv-2089 |
| § | |
| v. § | |
| § | |
| **Harris County, a.k.a. Harris** § | |
| **County Sherriff's Office** § | |
| and § | |
| **City of Houston, a.k.a. Houston** § | |
| **Police Department** § | |
| § | |
| Respondents. § | |

## NOTICE OF FILING STATE COURT ORDER
## REGARDING VISITATION ACCESS

TO THE HONORABLE JUDGE ELLISON:

Petitioners Tony DeWayne Underwood and Patricia Underwood respectfully file into the record the attached *Order* (See Exhibit A) issued on June 5, 2025, by the Honorable Judge Hilary Unger of the 248th Judicial District Court of Harris County, Texas. The Order addresses visitation access during Mr. Underwood's confinement and is submitted in accordance with the Court's request.

The state court *Order* specifically grants the following individuals the right:

> "to have access to and the opportunity to speak in private with Defendant [Tony Underwood] at the Ben Taub Hospital or any other rehabilitation

Page 1

facility to which he may later be moved:
1. Patricia Underwood (mother)
2. Tony Dewayne Underwood, Jr. (son)
3. Shregal Underwood Williams (cousin) "

A true and correct copy of the Order is attached hereto as **Exhibit A**.

06/08/2025                                          Respectfully Submitted,

*/s/Courtney A. Vincent*
**Courtney A. Vincent**
Minnesota Bar No. 0403083
Admitted: **U.S. District Court, Southern District of Texas**
SDTX Bar No. 3746531
info@vincentlawpllc.com
VINCENT LAW, PLLC
1035 Dairy Ashford, Suite 145
Houston, Texas  77079
**Mailing Address:**
P.O. Box 940129
Houston, Texas  77094
Tel: (713) 223-9300
Fax: (832)603-4444
**COUNSEL FOR PETITIONERS**

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon to the Counsel listed below for this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.  Alternatively, this instrument may be served via e-mail and/or facsimile transmission, or certified mail, return-receipt

requested for those counsel who have not made a formal appearance in this matter.

Respectfully Submitted,

*/s/Courtney A. Vincent*
