IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TONY UNDERWOOD,** *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-2089 |
| **HARRIS COUNTY a.k.a HARRIS HEALTH SYSTEM, a.k.a BEN TAUB HOSPITAL, and CITY OF HOUSTON a.k.a HOUSTON POLICE DEPARTMENT,** *Defendants.* | § § § § § § § § | JURY DEMAND |

## **DEFENDANT HARRIS COUNTY'S STATUS REPORT**

Harris County has filed a 30-page motion to dismiss this case, setting out myriad reasons why this court has no jurisdiction. Docket Entry 30, Motion to Dismiss. Rule 12(b)(1) and (b)(6).

Yet Plaintiffs urge this court to maintain some sort of "supervision" over a matter that is improperly before it. Glaringly so.

Again, the Underwoods' remedies are all before the criminal court judge. This is an end-run around the only court that has jurisdiction, the state criminal court.

This federal case needs to be dismissed.

Date: June 23, 2025.

                                                          Respectfully submitted,

                                                          **CHRISTIAN D. MENEFEE**
                                                          HARRIS COUNTY ATTORNEY

                                                          **JONATHAN G. C. FOMBONNE**
                                                          DEPUTY COUNTY ATTORNEY AND FIRST

ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, &
REAL ESTATE DIVISIONS

By:  /s/ *Suzanne Bradley*
**SUZANNE BRADLEY**
Senior Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 00793375
Fed. Bar No. 24567
Tel: (713) 274-5330 (direct)
Suzanne.Bradley@harriscountytx.gov
**FRANK FORD**
Assistant County Attorney
ATTORNEY TO BE NOTICED
Federal ID No. 565385
State Bar No. 24012642
Tel: (832) 570-7582 (direct)
Frank.Ford@harriscountytx.gov
**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002
Tel: (713) 274-5330 (direct)
**ATTORNEYS FOR HARRIS COUNTY**

## CERTIFICATE OF SERVICE

I certify that, on June 23, 2025, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

/s/ *Suzanne Bradley*
Suzanne Bradley