IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Tony Underwood §<br>and §<br>Patricia Underwood §<br>§<br>Plainitffs, §<br>§<br>v. §<br>§<br>City of Houston, et al §<br>§<br>Defendants. §<br>§ | CIVIL ACTION NO. 4:25-cv-2089 |

## SUGGESTION OF DEATH UNDER RULE 25(a)

TO THE HONORABLE JUDGE OF THE COURT AND ALL PARTIES:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby respectfully notify the Court of the death of Plaintiff Tony Underwood, who passed away on July 18, 2025, as a result of the injuries forming the basis of this action.

Plaintiffs intend to timely move for substitution of parties under Rule 25(a)(1) and will be seeking leave to file an amended complaint asserting appropriate claims on behalf of Mr. Underwood's estate and next of kin.

Date: <u>July 27, 2025</u>

Respectfully Submitted,

*/s/Courtney A. Vincent*
**Courtney A. Vincent**
Minnesota Bar No. 0403083
Admitted:
**U.S. District Court, Southern District of Texas**
SDTX Bar No. 3746531

Page 1

Page 2

**info@vincentlawpllc.com**
VINCENT LAW, PLLC
1035 Dairy Ashford, Suite 145
Houston, Texas  77079

**Mailing Address:**
P.O. Box 940129
Houston, Texas  77094
Tel: (713) 223-9300
Fax: (832)603-4444
**COUNSEL FOR PETITIONER**